UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) CASE NO. 1:10-CR-057 LJO
)
VERNON KEITH MOORE )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee: VERNON KEITH MOORE
Detained at (custodian): Deuel Vocational Institution

Detainee is: a.) (x) charged in this district by:
        (X) Indictment    ( ) Information    ( ) Complaint

       Charging Detainee With: **18/841(i)(1)- Felon In Possession of Explosives, 18/ 842(h)-Possession of Stolen Explosives, 18/922(g)(1)-Felon In Possession of a Firearm, 26/5861(d)-Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act**

 or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
 or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

        Signature: /s/ Kimberly A. Sanchez
        Printed Name & Phone No.: KIMBERLY A. SANCHEZ 559/497-4000
        Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/11/10
Date                    United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male x | Female ☐ |
| Booking or Fed. Reg. #: | CDC: AD0583 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | |
| Facility Phone: | 209/835-4141 | | |
| Release Date: | 06/06/2012 | | |

---

### RETURN OF SERVICE

Executed on _____ by _____ _____
                      (Signature)